

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00351-CV

Joshua M. **HINSON** and Louise Hinson,
Appellants

v.

Don **LEESEBURG** and Carla M. Leeseburg,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16610
Honorable Solomon Casseb III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of this appeal are taxed against Appellants.

SIGNED October 8, 2014.

_____
Patricia O. Alvarez, Justice